NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000143
21-APR-2015
08:35 AM**

NO. CAAP-15-0000143

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
KRAMER AOKI, Defendant-Appellee

APPEAL FROM THE FIRST COURT OF THE FIRST CIRCUIT
(CR. NO. 14-1-1762)

ORDER APPROVING THE APRIL 15, 2015
<u>STIPULATION FOR DISMISSAL OF APPEAL</u>
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of State's Appeal, filed April 15, 2015, by the State of Hawai'i, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(a); (3) the appeal was docketed after the parties filed the stipulation; (4) therefore, dismissal is authorized by HRAP Rule 42(b); and (5) the parties agree to bear their own costs and fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and fees.

DATED: Honolulu, Hawaiʻi, April 21, 2015.


Presiding Judge


Associate Judge


Associate Judge